# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2020

161090

MATTHEW MIGDALEWICZ,
        Plaintiff-Appellant,

v

PERRY D. HOLLIE,
        Defendant-Appellee,

and

FORD MOTOR COMPANY and THE
AMERICAN ROAD INSURANCE COMPANY,
        Defendants.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161090
COA: 343981
Oakland CC: 2017-157163-NI

On order of the Court, the application for leave to appeal the January 28, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



p1028

Clerk